1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

10   HSBC Bank USA, National                    Case No. 3:18-cv-00371-LRH-WGC
     Association as Trustee in Trust for
11   Citigroup Mortgage Loan Trust Inc.,
     Asset Backed Pass Through Certificates
12   Series 2003-HE4,                           **STIPULATION AND
                                                ORDER TO DISCLAIM
13              Plaintiff,                       INTEREST AND DISMISS IRS
                                                WITH PREJUDICE**
14        v.

15   Francey J. Ochoa; The Unknown Heirs
     of the Estate of Frank I. Ochoa; Green
16   Tree Financial Servicing Corporation;
     United States of America Department
17   of Treasury – Internal Revenue Service;
     Collection Service of Nevada; Does I-
18   X; and Roes 1-10 inclusive,

19              Defendants.

20

21

22        Plaintiff HSBC Bank USA, National Association as Trustee in Trust for Citigroup

23   Mortgage Loan Trust Inc., Asset Backed Pass Through Certificates Series 2003-HE4 ("Plaintiff")

24   and Defendant United States Department of America, Internal Revenue Service ("IRS") hereby

                                            1

stipulate and agree that, in lieu of answering Plaintiff's complaint, the IRS shall, and hereby does, disclaim, for purposes of this action, any right, title or interest in the real property referenced in Plaintiff's complaint and described as 3235 Park Manor, Winnemucca, Nevada 89445. Based on the IRS's disclaimer of its right, title or interest in the real property referenced herein, Plaintiff shall, and hereby does, dismiss its claims against the IRS in this action with prejudice. Plaintiff and the IRS further stipulate that, given the IRS's dismissal from the case, the matter should be remanded back to state court.

DATED: August 21, 2018.

Respectfully submitted,

DAYLE ELIESON                                  McCARTHY & HOLTHUS, LLP
United States Attorney

/s/ *Holly A. Vance*                            /s/ *Kristin A. Schuler-Hintz*
HOLLY A. VANCE                                 KRISTIN A. SCHULER-HINTZ
Assistant United States Attorney              MICHAEL J. LIN

# **O R D E R**

IT IS HEREBY ORDERED that the IRS hereby disclaims, for purposes of this action, any right, title or interest in the property identified in Plaintiff's complaint.

IT IS FURTHER ORDERED that, by stipulation of Plaintiff and the IRS, all claims asserted in the action against the IRS are dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that the case is remanded to state court.

DATED: August __23__, 2018

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE